# EXHIBIT C

Ex. C

| | Personal Representative | | | | 9/11 Decedent | | | | | | | Claim Information | | | Pain & Suffering Damages | | | Economic Damages | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | First | Middle | Last | Suffix | First | Middle | Last | Suffix | Nationality on 9/11 | Date of Death | 9/11 Site | Case | Complaint | Amendments & Substitutions | Prior Award | Amount | Treble | Report | Date of Report | Prior Award | Amount | Treble |
| 1 | Linda | | Alvarez | | Juan | Pablo Alvarez | Cisneros | | Guatemala | 9/11/2001 | NY | 22cv05193 | 22cv05193, 1 at 4 | N/A | N/A | N/A | N/A | See Exhibit C-3a to Declaration of Jerry S. Goldman, Esq. at page 1 | | N/A | $2,205,587.00 | N/A |
| 2 | Jermaine | | Cook | | Helen | | Cook | | Honduras | 9/11/2001 | NY | 18cv12276 | 18cv12276, 1 at 4 | 7403 at 3-4, 7429 | N/A | N/A | N/A | See Exhibit C-3a to Declaration of Jerry S. Goldman, Esq. at page 24 | | N/A | $2,143,658.00 | N/A |
| 3 | Gillian | | Gransaull-Joseph | | Stephen | | Joseph | | Trinidad and Tobago | 9/11/2001 | NY | 22cv05193 | 22cv05193, 1 at 4 | N/A | N/A | N/A | N/A | See Exhibit C-3a to Declaration of Jerry S. Goldman, Esq. at page 47 | | N/A | $2,385,475.00 | N/A |
| 4 | Zahro a/k/a Zakhro | | Kamardinova | | Gavkharoy | | Kamardinova | | Uzbekistan | 9/11/2001 | NY | 18cv11875 | 18cv11875, 6 at 1 | N/A | N/A | N/A | N/A | See Exhibit C-3a to Declaration of Jerry S. Goldman, Esq. at page 70 | | N/A | $905,157.00 | N/A |